UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHERIE REED,

       Plaintiff,

   v.                                    Case No. 10-cv-96-JPG

KEVIN MCNATT,

       Defendant.

## JUDGMENT

This matter having come before the Court, the plaintiff having failed to state a claim,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: February 16, 2010**       NANCY J. ROSENSTENGEL, Clerk of Court


                                            BY:   s/Brenda K. Lowe, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**